IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00337-MR-WCM

| | |
|---|---|
| JOANNE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| OMNI GROVE PARK, LLC and ) | |
| GPI RESORT HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 12) filed by Stephen B. Williamson. The Motion indicates that Mr. Williamson, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of C. Stephen Setliff, who the Motion represents as being a member in good standing of the Bar of Virginia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 12) and **ADMITS** C. Stephen Setliff to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 22, 2024

W. Carleton Metcalf
United States Magistrate Judge